Carlos Manuel AYESTAS, also known as Dennis Zelaya Corea, Petitioner–Appellant

v.

Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 11–70004.

United States Court of Appeals, Fifth Circuit.

July 11, 2012.

Paul Edward Mansur, Denver City, TX, for Petitioner–Appellant.

Jeremy Craig Greenwell, Esq., Assistant Attorney General, Office of the Attorney General, Austin, TX, for Respondent–Appellee.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the petition for rehearing is DENIED.

Petitioner has also moved that this court vacate its prior opinion and remand to the district court for consideration of his previously made claim of ineffective assistance of state habeas counsel in light of the Supreme Court's decision in Martinez v. Ryan, ——— U.S. ———, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012). This court recently

---

addressed *Martinez*'s applicability in Texas. *See Ibarra v. Thaler*, 687 F.3d 222, 226–27, 2012 WL 2620520, at *4 (5th Cir. 2012). We held that, because Texas does not mandate ineffective assistance claims to be brought first in habeas proceedings, *Martinez* does not apply in Texas. *Id.* Accordingly, we DENY the motion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.